No. 95–5015 (A–2). LONCHAR *v.* THOMAS, WARDEN. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, granted. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. THE CHIEF JUSTICE and JUSTICE SCALIA would deny the application for stay and the petition for writ of certiorari.

No. 94–1299. SCHOOL DISTRICT OF THE CITY OF LADUE, MISSOURI, ET AL. *v.* GOOD NEWS/GOOD SPORTS CLUB ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–1423. PELOZA *v.* CAPISTRANO UNIFIED SCHOOL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

JUNE 30, 1995

No. 95–5017 (A–3). STAFFORD *v.* WARD, WARDEN. C. A. 10th Cir. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied.

No. 95–5021 (A–13). STAFFORD *v.* WARD, WARDEN, ET AL. C. A. 10th Cir. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS would grant the application for stay of execution of sentence of death.

No. 95–5029 (A–12). STAFFORD *v.* OKLAHOMA. Ct. Crim. App. Okla. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied.

JULY 17, 1995

No. 95–5195 (A–41). BOLENDER *v.* FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.